# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

148262

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                         SC: 148262
                                         COA: 316894
                                         Wayne CC: 12-005595-FC

RICARDO SANDERS,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the November 6, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



                                         Clerk

p0721